■ In the Matter of SAMUEL MICHAEL T.—Appeal dismissed, without costs, upon stipulation. (Appeal from order of Cattaraugus Family Court—juvenile delinquent.) Present—Cardamone, J. P., Dillon, Hancock, Jr., Denman and Witmer, JJ.